# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. | CV 13-9060 MRW |
| Date | December 17, 2015 |
| Title | Yucaipa Corporate Initiatives Fund I LP v. Hawaiian Airlines Inc. |

Present: The Honorable  Michael R. Wilner

| Veronica McKamie | None |
|---|---|
| Deputy Clerk | Court Smart / Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) ORDER RE: NOTCIE OF DISMISSAL

   Defendants filed a notice of dismissal in this case. (Docket # 154.)  This action is dismissed in its entirety with prejudice.

                                                                                              :   00

                                                                               Initials of Preparer     vm